```
BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant BENITEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00243 RMW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING RE: REVOCATION OF SUPERVISED RELEASE |
| vs. | |
| SAMUEL BENITEZ et al., | |
| Defendants. | |

    Defendant Samuel Benitez and the government hereby stipulate and agree that the status hearing in the above-captioned matter may be continued from Tuesday, January 3, 2012, to Monday, March 5, 2012, at 9:00 a.m.  The reason for the requested continuance is that the jury trial of the misdemeanor charge on which the instant revocation proceeding is based has been continued in the Santa Clara County Superior Court to February 27, 2012.

    The United States Probation Office has been consulted as to the proposed continuance and has no objection.

Dated: December 21, 2011

                                  s/_____
                                  JEFFREY B. SCHENK
                                  Assistant United States Attorney

1 | Dated: December 21, 2011

2 | s/_____
CYNTHIA C. LIE
3 | Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00243 RMW |
| | ) | |
| Plaintiff, | ) | QTF GT TO CONTINUE STATUS HEARING RE: REVOCATION OF SUPERVISED RELEASE |
| | ) | |
| vs. | ) | |
| | ) | |
| SAMUEL BENITEZ et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Good cause appearing and by stipulation of defendant Samuel Benitez and the government, it is hereby ordered that the status hearing in the above-captioned matter shall be continued from Tuesday, January 3, 2012, to Monday, March 5, 2012, at 9:00 a.m.

Dated: December __GF__, 2011

*Ronald M. Whyte*

HON. RONALD M. WHYTE
United States District Judge

[Proposed] Order to Continue Status Hearing
CR 07-00243 RMW                                   1